

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2021

No. 04-21-00077-CV

**IN THE ESTATE OF CARLOS Y. BENAVIDES, JR.**

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2020-PB7-000138-L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

This appeal is set for submission on briefs on December 14, 2021.

On December 3, 2021, Appellant Leticia R. Benavides filed an opposed motion to abate this appeal pending this court's disposition of appeal number 04-20-00599-CV, which is set for oral argument on February 24, 2022.

On December 8, 2021, Appellee filed a response.

Having considered the opposed motion and response, we GRANT Appellant's motion. We WITHDRAW the December 14, 2021 submission date, and we ABATE this appeal pending this court's disposition of appeal number 04-20-00599-CV or further order of this court.

It is so **ORDERED** December 15, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT